IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS ANDERSON,

    Plaintiff,

v.                                          Case No.  19-cv-853-jdp

CORRECTIONAL OFFICER
MANDERLE, DR. JOHN DOE NO. 1,
and JOHN DOE NO. 2,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 3/9/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |